UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA MONTSERRAT MERO SAMBRANO,<br><br>                              Petitioner,<br><br>v.<br><br>FACILITY ADMINISTRATOR, OTAY MESA DETENTION CENTER,<br><br>                              Respondent. | Case No.:  26-cv-2959-JO-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

For the reasons stated at Dkt. 8, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. **Release:** Respondent is ORDERED to release Petitioner by 5 p.m. on May 23, 2026.  Respondent must file a declaration confirming Petitioner's release by 5 p.m. on the following business day.

2. **Limitations on Removal and Redetention:** Respondent is ENJOINED from removing Petitioner from the United States or from this District, and from redetaining her, unless the government has (1) obtained travel documents and (2) made concrete arrangements for her flight to the country of removal in the reasonably foreseeable future.  Respondent shall file a written declaration with

this Court **at least 48 hours prior** to any redetention, confirming compliance with the requirements above.

3. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 22, 2026

_____

Honorable Jinsook Ohta
United States District Judge

26-cv-2959-JO-BLM